# UNITED STATES DISTRICT COURT

for the

Central District of California

<u>Western</u> Division

| | |
|---|---|
| ERIN JAMES, an individual | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| **-v-** | ) |
| AMAZON.COM SERVICES, LLC; VIZAYO; DOES 1-100, inclusive, | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

    A.     **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Erin James, c/o Case Barnett Law |
| Street Address | 1968 S. Coast Hwy., Ste. 2680 |
| City and County | Laguna Beach, Orange County |
| State and Zip Code | CA, 92651 |
| Telephone Number | 949-861-2990 |
| E-mail Address | case@casebarnettlaw.com; jeanette@casebarnettlaw.com |

    B.     **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                     Amazon.Com Services, LLC

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 2

    Name                     Vizayo

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name                     DOES 1 - 100, inclusive.

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff,  *(name)*   ERIN JAMES                              , is a citizen of the State of *(name)*   CALIFORNIA                          .

b.      If the plaintiff is a corporation

The plaintiff,  *(name)*                                   , is incorporated under the laws of the State of *(name)*                                   , and has its principal place of business in the State of *(name)*

                                   .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant,  *(name)*                                   , is a citizen of the State of *(name)*                              . Or is a citizen of *(foreign nation)*                                   .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* AMAZON.COM SERVICES, LLC , is incorporated under the laws of the State of *(name)* DELAWARE , and has its principal place of business in the State of *(name)* WASHINGTON .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff's medical bills alone will exceed the $75,000. Plaintiff suffered third degree and second degree burns over her body requiring surgery and therapy. Plaintiff's pain and suffering damages exceed $75,000.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On July 29, 2023, Plaintiff was near a fire pit designed and/or manufactured by Vizayo and sold by Amazon when the fire pit created a fireball that caused Plaintiff to sustain severe second to third degree burn injuries over her body. Defendants Amazon and Vizayo failed to exercise reasonable care in its design, manufacture, fabrication, assembly, testing, marketing, installation, maintenance, repair, warning, instructing and/or selling of the subject fire pit such that it was dangerous and defective. Defendants failed to adequately warn the members of the public of the dangers of using the subject pit.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks compensatory damages of $15,000,000 as she has suffered wage loss, hospital and medical expenses, general damages, property damage, loss of earning capacity, and out of pocket expenses related to medical treatment from the accident. Plaintiff underwent skin graft surgery, surgical debridement, daily wound care, compression therapy, red light therapy and has been undergoing physical therapy and will need future medical care. Plaintiff has scars resulting from the accident and will need further treatment for said scars.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:        May 16, 2025

Signature of Attorney

Printed Name of Attorney    Case Barnett, Esq.

Bar Number    233116

Name of Law Firm    Case Barnett Law

Street Address    1968 S. Coast Hwy., Ste. 2680, Laguna Beach

State and Zip Code    CA, 92651

Telephone Number    949-861-2990

E-mail Address    case@casebarnettlaw.com; jeanette@casebarnettlaw.com